**Fast Pace Connections, LLC**
811 Grace St. Mansfield, OH 44905
330-238-6222    fastpaceconnections@gmail.com



December 30, 2016

Russell Blow and Mark Mets
Rabcom Communications
10 Cordage Park Circle
Plymouth MA, 02360

Dear Mr. Blow and Mr. Mets,

Please accept this letter as my formal notice of separation from my position of Sub-Contractor with Rabcom Communications, effective February 1, 2017.

This was not an easy decision to make but in light of the surrounding circumstances, I feel this will be the best decision for both your company, as well as mine. I do not feel that I can continue to work for a company that does not trust me and vice versa, based on the overheard conversation about pushing Fast Pace Connections out and bringing in another contractor. I am grateful for the opportunity that you have given me to grow and become a successful business owner over the last two years. Although this was not an easy decision to make, I feel it is in the best interest of both of our companies.

It has been a pleasure working for you. I wish you and Rabcom much continued success.

Warm regards,


Fast Pace Connections, LLC

EXHIBIT 2